PROB 35 (ED/CA)
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>PRADEEP BALI             )<br>) | Docket No:  1:09CR00170-01LJO |

On January 19, 2010, the above-named was placed on SUPERVISED RELEASE for a period of 3 years. The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. On April 3, 2013, Assistant United States Attorney, Mark Cullers reported he had no objection to an early termination of supervised release in this case. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Leighann L. Milford

**Leighann L. Milford
Senior United States Probation Officer**

Dated:    April 11, 2013
          Fresno, California
          llm

          /s/ Hubert J. Alvarez
**REVIEWED BY:**    **HUBERT J. ALVAREZ
          Supervising United States Probation Officer**

1

**Re:  Pradeep BALI**
 **Docket No.:    1:09CR00170-01 LJO**
 **REPORT AND ORDER TERMINATING**
 **PROBATION/SUPERVISED RELEASE**

## ORDER OF COURT

Pursuant to the above report, it is ordered that the releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Attachment:   Recommendation

cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

IT IS SO ORDERED.

**Dated:   April 11, 2013**            **/s/  Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE